**IT IS ORDERED as set forth below:**



**Date: March 30, 2021**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| STANLEY LEE SUMMERVILLE, SR. | : | CASE NO. 18-12644-pmb |
| | : | |
| Debtor | : | JUDGE BAISIER |

**ORDER APPROVING EMPLOYMENT OF ACCOUNTANT
<u>SUBJECT TO OBJECTION (HOURLY FEE)</u>**

Counsel for the Chapter 7 Trustee (the "<u>Trustee</u>") filed an *Application to Employ Accountants* (the "<u>Application</u>") [Docket No. 75] requesting authority to employ Stonebridge Accounting & Forensics, LLC ("<u>Stonebridge</u>") on March 26, 2021.  Stonebridge will serve the Trustee on an hourly fee basis.  No notice or hearing on the Application is necessary.  Based upon the affidavit included in the Application, it appears that Stonebridge is a firm of accountants qualified to practice in this Court, that they are disinterested and represent no interest adverse to Debtor or the estate, and that this case justifies employment of a professional for the purpose specified.

Subject to objection filed by the United States Trustee or any other party in interest in this case within twenty-one (21) days from the date of the entry of this Order, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. Pursuant to 11 U.S.C. §327(a) and FED R. BANKR. P. 2014, the employment of Stonebridge to represent the Trustee and the estate on the basis set forth in the Application is hereby approved.

2. No compensation shall be paid to Stonebridge until the Court has allowed such compensation in accordance with 11 U.S.C. §330 and 331 and FED R. BANKR. P. 2016, after notice and a hearing on an appropriate application for compensation, copies of which shall be served on the Debtor, Debtor's Counsel, Chapter 7 Trustee, the United States Trustee, and all interested parties. [1]

3. Any objection to this Order shall be served on the United States Trustee, Stonebridge, the Trustee, Debtor, and counsel for Debtor. If an objection is timely filed, counsel for the Trustee shall schedule a hearing on the Application and such objection pursuant to the Court's Open Calendar Procedures and shall provide notice of such hearing to the United States Trustee, Stonebridge, Debtor, counsel for Debtor, and the objecting party.

Counsel for Trustee is directed to serve a copy of this Order on the Debtor, counsel for the Debtor, United States Trustee, Stonebridge, all counsel that have filed a request for notices in this case, and all creditors that have filed a proof of claim in this case, and to file with the Court a Certificate of Service indicating such service, all within three business days of the entry of this Order.

**END OF DOCUMENT**

Prepared and presented by:

*/s/ James G. Baker*
James G. Baker
Georgia Bar No.: 033717
JAMES G. BAKER, P.C.
305 North Greenwood Street
LaGrange, GA 30240
(706) 884-3059
jgbaker@jgbpc.com

---

[1] See the United States Trustee Guideline for Reviewing Applications for Compensation.