UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | CASE NO. 18-12644-pmb |
| STANLEY LEE SUMMERVILLE, SR. | : | |
| | : | JUDGE PAUL M. BAISIER |
| Debtor | : | |

**CERTIFICATE OF SERVICE**

I, the undersigned attorney, do hereby certify that I have, on  March 30, 2021 , served a copy of the Order Authorizing *Employment of Accountant for Trustee Subject to Objection* [Docket No. 76] on those parties listed below by mailing a copy thereof, via first class U. S. Mail in a properly addressed envelope with sufficient postage affixed.

Stanley Lee Summerville, Sr.
31 Singleton Road
Temple, GA 30179

Stonebridge Accounting & Forensics, LLC
P. O. Box 1290
Grayson, GA 30017

United States Trustee
362 Richard Russell Building
75 Ted Turner Dr., S.W.
Atlanta, GA 30303

John T. Dufour
Van Pelt & Dufour
527 Newnan Street
Carrollton, GA 30117

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

NMAC-Bankruptcy Dept
P.O. Box 660366
Dallas, TX 75266-

Farmers Home Furniture-Carrollton,GA
Attn: Corporate Credit Department
P.O. Box 1140
Dublin, GA 31040

WILDWOOD AT VILLA RICA APARTMENT HOMES
CARTER-YOUNG, INC
882 N MAIN ST, STE 120
CONYERS, GA 30012

Internal Revenue Service
Centralized Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346

Wells Fargo Bank, N.A., Wells Fargo Card Services
P.O. Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

Verizon
by American InfoSource as agent
4515 N Santa Fe Ave.
Oklahoma City, OK 73118

Wells Fargo USA Holdings, Inc.
c/o Wells Fargo Bank, NA
as servicer
Default Document Processing
MAC#N9286-01Y
1000 Blue Gentian Rd
Eagan, MN 55121-7700

PRA Receivables Management, LLC
As agent of Portfolio Recovery Associates,  LLC
PO Box 41067
Norfolk, VA 41067

Dated:  March 30, 2021                         /s/ James G. Baker
                                               James G. Baker
                                               Attorney for Chapter 7 Trustee
                                               State Bar No. 033717

James G. Baker, P.C.
305 N. Greenwood St.
LaGrange, GA 30240
706-884-3059